

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-19-00459-CR

**IN RE** Johny Louise **BARRIOS**

Original Mandamus Proceeding[1]

### ORDER

On July 8, 2019, relator filed a petition for writ of mandamus. This court concludes relator is not entitled to the relief sought; therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 24, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2019.

Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CR13171, styled *The State of Texas v. Johny Louise Barrios*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.